UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE ROWLAND

| UNITED STATES OF AMERICA | CASE NUMBER: 14CR384 |
|---|---|
| v. | Violations: Title 18, United States Code, Section 922(a)(1)(A), and Title 21, United States Code, Section 846 |
| AUBREY BURKS aka "Amigo" and "Migo" | |

✓ FILED
AUG 1 2 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## COUNT ONE

The SPECIAL JANUARY 2014 GRAND JURY further charges:

Beginning no later than in or about June 2013, and continuing until on or about April 8, 2014, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

AUBREY BURKS a/k/a "Amigo" a/k/a "Migo,"

defendant herein, did conspire with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute controlled substances, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL JANUARY 2014 GRAND JURY further charges:

Beginning no later than in or about June 2013, and continuing until on or about April 8, 2014, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

AUBREY BURKS aka "Amigo" and "Migo,"

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## FORFEITURE ALLEGATION ONE

The SPECIAL JANUARY 2014 GRAND JURY further charges:

1. The allegations of Count One of this Indictment are incorporated here for the purpose of alleging that certain property is subject to forfeiture to the United States pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of his violations of Title 21, United States Code, Section 846, as alleged in Count One the foregoing Indictment,

AUBREY BURKS a/k/a "Amigo" a/k/a "Migo,"

defendant herein, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2): (1) any and all property constituting and derived from any proceeds the defendants obtained, directly and indirectly, as a result of said violations; and (2) any and all property used, and intended to be used, in any manner or part to commit and to facilitate the commission of said violations.

3. The interests of the defendant subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, include, but are not limited to, $4,215.00 of United States Currency seized on April 8, 2014, from AUBREY BURKS;

4. By virtue of the defendant's commission of the offense charged in Count One of this Indictment, all right, title or interest that any defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

5. If any of the forfeitable property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendants:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to the provisions of Title 21, United States Code, Section 853(p), to seek forfeiture of substitute property belonging to defendants, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION TWO

The SPECIAL JANUARY 2014 GRAND JURY further alleges:

1. The allegations contained in Count Two of this Indictment are incorporated here by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(a)(1)(A), as alleged in Count Two of this Indictment,

AUBREY BURKS a/k/a "Amigo" a/k/a "Migo,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offenses.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) include the following:

  a. a MasterPiece Arms .45 caliber semi-automatic pistol bearing serial number A8485;

  b. a Taurus .44 caliber revolver bearing serial number TK-852410;

  c. a Ruger Super Redhawk .44 caliber revolver bearing serial number 55003810;

  d. a Wasir 7.62 caliber rifle bearing serial number 1-39279-2003;

  e. a Hi-Point 9mm rifle bearing serial number B16777;

  f. a Saiga 410 caliber shotgun bearing serial number 93-1201984;

  g. a Colt M4 .22 caliber rifle bearing serial number BP021578;

  h. a Ruger .357 caliber revolver bearing serial number 174-65430;

i. a Ruger Blackhawk .44 caliber revolver bearing serial number 85-98200;

j. a Colt .223 caliber rifle bearing serial number CCH032508; and

k. various items of ammunition seized on January 30, 2014 from the residence located at 196 W. 155th Place, Harvey, Illinois.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY