UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 14CR384 |
|---|---|
| v. | |
| AUBREY BURKS aka "Amigo" and "Migo," KIERRE WATERFORD aka "Finess" and "Vaness," KEVIN JACKSON aka "Ray-Ray" and "New York," OMAR BURKS aka "T-O," ANTHONY JACKSON aka "Smookie," "B-D," and DANIEL MURPHY | Violations: Title 18, United States Code, Sections 371, 922(a)(1)(A) and 922(j), and Title 21, United States Code, Section 846 |
| | SUPERSEDING INDICTMENT |

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE ROWLAND

**FILED**

AUG 1 9 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL JANUARY 2014 GRAND JURY charges:

1. Beginning no later than in or about June 2013, and continuing until in or about April 8, 2014, at Chicago and Harvey, in the Northern District of Illinois, and elsewhere,

AUBREY BURKS aka "Amigo" and "Migo,"
KIERRE WATERFORD aka "Finess" and "Vaness,"
KEVIN JACKSON aka "Ray-Ray" and "New York,"
OMAR BURKS aka "T-O,"
ANTHONY JACKSON aka "Smookie" and "B-D," and
DANIEL MURPHY,

defendants herein, did conspire with each other and others known and unknown to the Grand Jury to:

(a) without being licensed firearms dealers, willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A); and

(b) except as to defendant DANIEL MURPHY, receive, possess, conceal, store, barter, sell, and dispose of a stolen firearm that had traveled in interstate commerce before and after it was stolen, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j);

2. It was part of the conspiracy that defendants AUBREY BURKS, KIERRE WATERFORD, KEVIN JACKSON, OMAR BURKS, and ANTHONY JACKSON recruited individuals in the Marion, Ohio area to purchase and steal firearms and then trade the firearms to them in exchange for narcotics.

3. It was further part of the conspiracy that defendants AUBREY BURKS, KIERRE WATERFORD, KEVIN JACKSON, OMAR BURKS and ANTHONY JACKSON transported the firearms they obtained in Marion, Ohio and elsewhere to Chicago, Illinois and Harvey, Illinois where defendant AUBREY BURKS and others sold and distributed the firearms.

4. It was further part of the conspiracy that defendant DANIEL MURPHY obtained firearms from various sources that he sold to defendant AUBREY BURKS, knowing that the firearms would be transported to and distributed to others in Chicago, Illinois.

5. It was further part of the conspiracy that defendants did conceal and hide, and caused to be concealed and hidden, the existence of and acts done in furtherance of the conspiracy.

## OVERT ACTS

6. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed the following overt acts, among others, in the Northern District of Illinois, and elsewhere;

   (a) On or about October 26, 2013, defendant AUBREY BURKS caused Individual A to purchase four firearms at an Ohio gun show, which BURKS distributed to others.

   (b) In or about November or December 2013, defendants AUBREY BURKS, KEVIN JACKSON, KIERRE WATERFORD, OMAR BURKS and ANTHONY JACKSON helped Individual B steal and pry open a safe containing firearms so that defendants

AUBREY BURKS, KEVIN JACKSON, and ANTHONY JACKSON could transport the firearms to the Chicago area to be sold there.

(c) In or about December 2013, defendant ANTHONY JACKSON encouraged Individual C to steal a firearm, drove Individual C to and from the location where Individual C stole a firearm, and gave Individual C heroin in exchange for the firearm.

(d) Between on or about January 17, 2014 and on or about January 22, 2014, defendant DANIEL MURPHY purchased a firearm from Individual D, namely, a Phoenix Arms, Model HP25A .25 caliber pistol, S/N 4400562, which firearm MURPHY sold to defendant AUBREY BURKS who transported it to Illinois and sold it to Anthony Galvan.

(e) On or about January 30, 2014, defendant AUBREY BURKS possessed six firearms in Harvey, Illinois that he intended to sell and distribute to others in Chicago, Illinois and Harvey, Illinois.

(f) On or about March 18, 2014, defendants AUBREY BURKS and KIERRE WATERFORD transported firearms from Marion, Ohio to Harvey, Illinois where they distributed the firearms.

In violation of Title 18, United States Code, Sections 371 and 2.

## COUNT TWO

The SPECIAL JANUARY 2014 GRAND JURY further charges:

Beginning no later than in or about June 2013, and continuing until on or about April 8, 2014, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

>AUBREY BURKS aka "Amigo" and "Migo,"
>KIERRE WATERFORD aka "Finess" and "Vaness,"
>KEVIN JACKSON aka "Ray-Ray" and "New York,"
>OMAR BURKS aka "T-O," and
>ANTHONY JACKSON aka "Smookie" and "B-D," and
>DANIEL MURPHY,

defendants herein, did conspire with each other and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

The SPECIAL JANUARY 2014 GRAND JURY further charges:

Beginning no later than in or about June 2013, and continuing until on or about April 8, 2014, at Chicago and Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

AUBREY BURKS aka "Amigo" and "Migo,"

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT FOUR

The SPECIAL JANUARY 2014 GRAND JURY further charges:

On or about January 30, 2014, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

AUBREY BURKS aka "Amigo" and "Migo,"

defendant herein, did knowingly possess a stolen firearm, namely, a Ruger Model Super Redhawk .44 caliber revolver bearing serial number 550-03810, which firearm had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the firearm was stolen;

In violation of Title 18, United States Code, Section 922(j).

## FORFEITURE ALLEGATION ONE

The SPECIAL JANUARY 2014 GRAND JURY further alleges:

1. The allegations of Count Two of this Superseding Indictment are incorporated here for the purpose of alleging that certain property is subject to forfeiture to the United States pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of their violation of Title 21, United States Code, Section 846, as alleged in Count Two the foregoing Superseding Indictment,

> AUBREY BURKS aka "Amigo" and "Migo,"
> KIERRE WATERFORD aka "Finess" and "Vaness,"
> KEVIN JACKSON aka "Ray-Ray" and "New York,"
> OMAR BURKS aka "T-O," and
> ANTHONY JACKSON aka "Smookie" and "B-D," and
> DANIEL MURPHY,

defendants herein, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2): (1) any and all property constituting and derived from any proceeds the defendants obtained, directly and indirectly, as a result of said violations; and (2) any and all property used, and intended to be used, in any manner or part to commit and to facilitate the commission of said violations.

3. The interests of the defendants subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, include, but are not limited to:

    a. $4,215.00 of United States Currency seized on April 8, 2014, from AUBREY BURKS; and

    b. $1,255.00 of United States Currency seized on April 8, 2014, from KIERRE WATERFORD.

4. By virtue of the defendants' commission of the offense charged in Count Two of this Superseding Indictment, all right, title or interest that any defendant has in the above-

described property is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

5. If any of the forfeitable property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendants:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to the provisions of Title 21, United States Code, Section 853(p), to seek forfeiture of substitute property belonging to defendants, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION TWO

The SPECIAL JANUARY 2014 GRAND JURY further alleges:

1. The allegations contained in Counts One and Three of this Superseding Indictment are incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of their violation of Title 18, United States Code, Section 922(a)(1)(A), as alleged in Count One of this Superseding Indictment,

>AUBREY BURKS aka "Amigo" and "Migo,"
>KIERRE WATERFORD aka "Finess" and "Vaness," and
>KEVIN JACKSON aka "Ray-Ray" and "New York,"

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest they may have in any property involved in that charged offenses.

3. As a result of his violations of Title 18, United States Code, Sections 922(a)(1)(A) and 922(j), as alleged in Counts Three and Four of this Superseding Indictment,

>AUBREY BURKS aka "Amigo" and "Migo,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in those charged offenses.

4. The interests of the defendants subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) include the following:

    a. a Masterpiece Arms, Model MPA930T, 9mm caliber pistol bearing serial number F21998 seized on November 1, 2013 from KEVIN JACKSON in Marion, Ohio;

    b. items seized on January 30, 2014 from the residence located at 196 W.

155th Place, Harvey, Illinois, namely:

  i. a MasterPiece Arms .45 caliber semi-automatic pistol bearing serial number A8485;

  ii. a Taurus .44 caliber revolver bearing serial number TK-852410;

  iii. a Ruger Super Redhawk .44 caliber revolver bearing serial number 55003810;

  iv. a Wasir 7.62 caliber rifle bearing serial number 1-39279-2003;

  v. a Hi-Point 9mm rifle bearing serial number B16777; and

  vi. a Saiga 410 caliber shotgun bearing serial number 93-1201984; and

  vii. various items of ammunition;

c. items seized on April 8, 2014 from AUBREY BURKS and KIERRE WATERFORD in Marion, Ohio, namely:

  i. a Colt M4 .22 caliber rifle bearing serial number BP021578;

  ii. a Ruger .357 caliber revolver bearing serial number 174-65430;

  iii. a Ruger Blackhawk .44 caliber revolver bearing serial number 85-98200; and

  iv. a Colt .223 caliber rifle bearing serial number CCH032508.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY